UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHER NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:11-CV-01161-PMP-PAL<br><br>**ORDER** |
| Plaintiffs, | ) | |
| vs. | ) | |
| SUPERIOR TILE OF NAPLES, INC., a Florida corporation; and THREE RIVERS CONSTRUCTION & DEVELOPMENT, INC., a Utah corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court for consideration is Plaintiffs' Motion for Default Judgment (Doc. #11) filed October 19, 2011, and good cause appearing,

///

1 **IT IS ORDERED that** Plaintiffs' Motion for Default Judgment
2 (Doc. #11) is **GRANTED**.
3
4 DATED: October 25, 2011.
5
6
　　　　　　　　　　　　　　　　　　_____
7 　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26