1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TRUSTEES OF THE BRICKLAYERS )
& ALLIED CRAFTWORKERS )
LOCAL 13 DEFINED )
CONTRIBUTION PENSION TRUST )
FOR SOUTHER NEVADA; )
TRUSTEES OF THE BRICKLAYERS )
& ALLIED CRAFTWORKERS )
LOCAL 13 HEALTH BENEFITS )
FUND; TRUSTEES OF THE )
BRICKLAYERS & ALLIED )
CRAFTWORKERS LOCAL 13 )
NEVADA; TRUSTEES OF THE )
BRICKLAYERS & TROWEL )
TRADES INTERNATIONAL )
HEALTH FUND; and TRUSTEES OF )
THE INTERNATIONAL MASONRY )
INSTITUTE, )
)
                    Plaintiffs, )
)
 vs. )
)
SUPERIOR TILE OF NAPLES, INC., a )
Florida corporation; and THREE )
RIVERS CONSTRUCTION & )
DEVELOPMENT, INC., a Utah )
corporation, )
)
)
                    Defendants. )
_____ )

2:11-CV-01161-PMP-PAL

**<u>ORDER</u>**

Before the Court for consideration is Plaintiffs' Motion for Default

Judgment (Doc. #11) filed October 19, 2011, and good cause appearing,

/ / /

1      **IT IS ORDERED that** Plaintiffs' Motion for Default Judgment

2  (Doc. #11) is **GRANTED**.

3

4  DATED:  October 25, 2011.

5

6                           PHILIP M. PRO

7                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26