UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHER NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>                    Plaintiffs,<br><br> vs.<br><br>SUPERIOR TILE OF NAPLES, INC., a Florida corporation; and THREE RIVERS CONSTRUCTION & DEVELOPMENT, INC., a Utah corporation,<br><br>                    Defendants. | 2:11-CV-01161-PMP-PAL<br><br>**<u>ORDER</u>** |

This Court's Order (Doc. #12) entered October 26, 2011, is incomplete and is, therefore, **VACATED**.

/ / /

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. #11) is **GRANTED** as to Defendant Superior Tile of Naples, Inc., and Three Rivers Construction & Development, Inc.

**IT IS FURTHER ORDERED** the Clerk of Court shall forthwith enter judgment in favor of Plaintiffs and against Defendants.

**IT IS FURTHER ORDERED** that within thirty (30) days of entry of Judgment, each Defendant shall post the required fringe benefit contribution bond, in the amount of not less than $25,000.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded attorneys' fees and costs payable jointly and severely by both Defendants in the amount of $3902.23.

DATED:  October 27, 2011.

_____
PHILIP M. PRO
United States District Judge