# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada et al

Plaintiffs,

V.

Superior Tile of Naples, Inc. et al

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01161-PMP -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Default Judgment (Doc. #11) is GRANTED as to Defendant Superior Tile of Naples, Inc., and Three Rivers Construction & Development, Inc.  Judgment is entered in favor of Plaintiffs and against Defendants.  Within thirty (30) days of entry of Judgment, each Defendant shall post the required fringe benefit contribution bond, in the amount of not less than $25,000.  Plaintiffs are awarded  attorneys' fees and costs payable jointly and severely by both Defendants in the amount of $3902.23.

October 27, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk